# ADEMI & O'REILLY, LLP

**Attorneys at Law**

GURI ADEMI
SHPETIM ADEMI
ROBERT K. O'REILLY
JOHN D. BLYTHIN
MARK A. ELDRIDGE
DENISE L. MORRIS
JESSE FRUCHTER
BEN J. SLATKY

3620 EAST LAYTON AVENUE
CUDAHY, WISCONSIN 53110

TELEPHONE: (414) 482-8000
FACSIMILE:  (414) 482-8001

December 12, 2019

<u>*Via ECF*</u>

Hon. William B. Conley
United States District Court
517 East Wisconsin Avenue
Milwaukee, WI 53202

   Re: *Papia v. Royal Administration Services, Inc.*
     *Case No. 19-cv-582-wbc*

Dear Judge Conley:

  All parties in this action have reached a resolution of this action in principle. The parties are in the process of drafting and exchanging documents. The parties expect that a stipulation or unopposed motion of voluntary dismissal will be submitted to the Court shortly, and within 45 days.

  As such, Plaintiff respectfully requests that the Court not take any further action on this case. Plaintiff also suggests that the Court close this case administratively until a stipulation or unopposed motion of dismissal with prejudice is filed. There is a Rule 16(b) scheduling conference currently set for Tuesday, December 17, 2019 at 1:00 p.m., before Judge Crocker, which the parties would respectfully suggest could be cancelled, if the Court so desires.

          Very truly yours,
          ADEMI & O'REILLY, LLP


          /s/ Robert O'Reilly
          Robert O'Reilly
          roreilly@ademilaw.com

Cc: Tony H. McGrath