UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| JOSEPH PAPIA, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>ROYAL ADMINISTRATION SERVICES, INC.,<br><br>　　　　　Defendant. | Case No.: 19-cv-582<br><br>**STIPULATION OF DISMISSAL**<br><br><br>Hon. William M. Conley |

　　　　Plaintiff Joseph Papia, by counsel, Ademi & O'Reilly, LLP, and Defendant Royal Administration Services, Inc., by counsel, Jackson Lewis, P.C., hereby stipulate, pursuant to Fed. R. Civ. P. 41(a)(1), that all claims in this action against Defendant Royal Administration Services, Inc., are dismissed with prejudice and without costs to any party. No certified class presently exists in this case, no class is impacted by this dismissal, and therefore Rule 23(e) of the Federal Rules of Civil Procedure does not apply.

Respectfully submitted this 6th day of February 2020.

| | |
|---|---|
| ADEMI & O'REILLY, LLP | JACKSON LEWIS, P.C. |
| /s/ Robert K. O'Reilly<br>Robert K. O'Reilly<br>3620 East Layton Avenue<br>Cudahy, WI 53110<br>Tel: (414) 482-8000<br>Fax: (414) 482-8001<br>E-mail: roreilly@ademilaw.com<br>*Attorneys for Plaintiff* | /s/ Tony H. McGrath<br>Tony H. McGrath<br>1 S. Pinckney Street, Suite 930<br>Madison, WI 53703<br>Tel: (608) 807-5274<br>Fax: (608) 260-0058<br>Email: tony.mcgrath@jacksonlewis.com<br>*Attorneys for Defendant* |